UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL W. BROWN,

    Petitioner,

v.                    CASE NO. 03-CV-73247-DT
                     HONORABLE ARTHUR J. TARNOW

DAVID SMITH,

    Respondent.
_____/

## **JUDGMENT**

This matter having come before the Court on a Petition for the Writ of Habeas Corpus, United States District Judge Arthur J. Tarnow presiding, and pursuant to the Opinion and Order entered on September 18, 2006,

IT IS ORDERED that the Petition for a Writ of Habeas Corpus is DENIED.

Dated at Detroit, Michigan on September 18, 2006.


                                         DAVID J. WEAVER
                                         CLERK OF THE COURT

                                   By: s/Catherine A. Pickles
                                         DEPUTY CLERK

APPROVED:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE